# Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jun 8 03:52:26 EDT 2005*

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | HP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor[; electronic test and measurement systems and parts therefor]; semiconductors; facsimile machines; [analytical instruments and parts therefor]. FIRST USE: 19410101. FIRST USE IN COMMERCE: 19410101<br><br>IC 010. US 044. G & S: house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment. FIRST USE: 19650401. FIRST USE IN COMMERCE: 19650401<br><br>IC 002. US 011. G & S: toner cartridges. FIRST USE: 19410101. FIRST USE IN COMMERCE: 19410101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74328037 |
| **Filing Date** | November 3, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 29, 1994 |
| **Registration Number** | 1840215 |
| **Registration Date** | June 21, 1994 |
| **Owner** | (REGISTRANT) Hewlett-Packard Company CORPORATION CALIFORNIA 3000 Hanover Street Palo Alto CALIFORNIA 94304 |

| | |
|---|---|
| | (LAST LISTED OWNER) Hewlett-Packard Development Company, L.P. Composed of HPQ HOLDINGS INC, A DELAWARE CORPORATION LIMITED PARTNERSHIP TEXAS 20555 State Highway 249 Houston TEXAS 77070 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | James F. Struthers |
| **Prior Registrations** | 1116835 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040807. |
| **Renewal** | 1ST RENEWAL 20040807 |
| **Live/Dead Indicator** | LIVE |

# Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jun 8 03:52:26 EDT 2005*

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

---

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | HP |
| **Goods and Services** | IC 009. US 026 038. G & S: house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor. FIRST USE: 19800101. USED IN ANOTHER FORM First used in another form on January 1, 1941. FIRST USE IN COMMERCE: 19800101<br><br>IC 010. US 044. G & S: house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment. FIRST USE: 19800101. USED IN ANOTHER FORM First used in another form on May 27, 1966. FIRST USE IN COMMERCE: 19800101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260101 261121 |
| **Serial Number** | 74328107 |
| **Filing Date** | November 3, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 12, 1994 |
| **Registration Number** | 1842724 |

| | |
|---|---|
| **Registration Date** | July 5, 1994 |
| **Owner** | (REGISTRANT) Hewlett-Packard Company CORPORATION CALIFORNIA 3000 Hanover Street Palo Alto CALIFORNIA 94304<br><br>(LAST LISTED OWNER) HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. LIMITED PARTNERSHIP TEXAS 20555 STATE HIGHWAY 249 HOUSTON TEXAS 77070 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JAMES F. STRUTHERS |
| **Prior Registrations** | 0614803;0862308;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040726. |
| **Renewal** | 1ST RENEWAL 20040726 |
| **Live/Dead Indicator** | LIVE |

---

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jun 8 03:52:26 EDT 2005*



Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

---

Check Status ***(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)***

invent

| | |
|---|---|
| **Word Mark** | HP INVENT |
| **Goods and Services** | IC 002. US 006 011 016. G & S: Toner cartridges; ink jet cartridges for printers. FIRST USE: 20001200. FIRST USE IN COMMERCE: 20001200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261103 261121 |
| **Serial Number** | 75903093 |
| **Filing Date** | January 26, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 7, 2000 |
| **Registration Number** | **2586062** |
| **Registration Date** | June 25, 2002 |
| **Owner** | (REGISTRANT) Hewlett-Packard Company CORPORATION DELAWARE 3000 Hanover Street Palo Alto CALIFORNIA 94304 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Warshauer |
| **Prior Registrations** | 1840215 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jun 8 03:52:26 EDT 2005*

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status ***(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | HP INVENT |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: HOUSE MARK FOR COMPUTERS, COMPUTER SOFTWARE, DATA PROCESSING AND DATA STORAGE SYSTEMS AND PARTS THEREFOR; PRINTERS AND PARTS THEREFOR; ELECTRONIC TEST AND MEASUREMENT SYSTEMS AND PARTS THEREFOR; SEMICONDUCTORS; FACSIMILE MACHINES; ANALYTICAL INSTRUMENTS AND PARTS THEREFOR. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115<br><br>IC 042. US 100 101. G & S: Support services for computer products, network planning and management services, computer programming services, design of computation systems, rental and leasing services for computer products. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115<br><br>IC 035. US 100 101 102. G & S: RETAIL MAIL AND TELEPHONE ORDER SERVICES FOR DATA PROCESSING AND CALCULATING PRODUCTS. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260104 261120 261121 |
| **Serial Number** | 75846674 |
| **Filing Date** | November 12, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing** | 1B |

| | |
|---|---|
| **Basis** | |
| **Published for Opposition** | July 4, 2000 |
| **Registration Number** | 2474422 |
| **Registration Date** | July 31, 2001 |
| **Owner** | (REGISTRANT) Hewlett-Packard Company CORPORATION DELAWARE 3000 Hanover Street Palo Alto CALIFORNIA 94304 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John Tiedge |
| **Prior Registrations** | 0614803;0850251;1842724;AND OTHERS |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |