SUPPLY DEPOT INC
118 MANTON AVENUE

PROVIDENCE
RI 02909
UNITED STATES
(401) 331-3810
(800) 331-3810

4F13

## SALES ORDER

SO-29780 Jan 04,2005

| Customer | Contact | Ship To |
|---|---|---|
| SCHLESINGER<br>500 5TH AVENUE<br>SUITE #1030<br>NEW YORK NY 10110<br>UNITED STATES<br>Tel :(212) 730-6400 | | SCHLESINGER<br>500 5TH AVENUE<br>SUITE #1030<br>NEW YORK NY 10110<br>UNITED STATES<br>Tel :(212) 730-6400 |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 61588 | NET 20 | Jan 24, 2005 | Amanda Demers | |

| Quotation | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SQ-29817 | HILLARY LEVINE | | LOCAL DELIVERY - | 1 | 01/11/05 [illegible] |

| L | Item | Description | Order | Ship | Price | M | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | HEWC6578AN | HP DESKJET TRICOLOR INKJET LARGE C6578AN | 1 | C2 | 53.70 | EAC | | 53.70 |
| 2 | | HP #C6578AN !!! | | | | | | |
| 3 | HEWC6578DN | HP DESKJET TRICOLOR INKJET #C6578DN | 1 | C1 | 31.90 | EAC | | 31.90 |
| 4 | | HEWLETT PACKARD #C6578DN | | | | | | |
| 5 | HEWC8727AN | HP DESKJET 3320,3325,3420,3425 BLACK #27 | 1 | C3 | 18.90 | EA | | 18.90 |
| 6 | | HP #27 =C8727AN 220 PG YLD | | | | | | |
| 7 | HEWC6658A | HP PHOTOSMART 7150 INKJET-PHOTO #58 | 1 | C4 | 25.80 | EA | | 25.80 |
| 8 | | HP INKJET PHOTO ! #C6658A ! | | | | | | |
| 9 | | | | | | | | |
| 11 | | | | | | | | |

CALL SUPPLY DEPOT FOR ALL YOUR IMAGING SUPPLY NEEDS ..

COPY TONERS, INKJET SUPPLIES, LASER TONERS, RIBBONS ,
DATA CARTRIDGES, ETC. COPIER AND COMPUTER PAPER ALSO !

| | |
|---|---|
| Taxable | 0.00 |
| Tax | 0.00 |
| Exempt | 134.55 |
| Total | 134.55 |
| Frt | 4.25 |
| Paid | 0.00 |
| Balance | 134.55 |

YOUR Shopping Cart.
Login ID: 1301
Total Qty: 0
Total Amt: $ 0.00

VeriSign Secured
VERIFY

Welcome to our new website ! We are constantly upgrading the site with new pictures and info for your shopping convenience. Please call us at 1-800-331-3810 if you cannot find the product you are looking for.

Storefront | View Cart | Logout | My Account | Help | Contact Us

SUPPLY DEPOT, INC (800) 331-3810 Wednesday, December 22, 2004

Step 4

Shopping Cart — Shipping Address — Payment method — Final Order

**SERVICES**
- ORDER S
- RETRIEVI

**HOT ITEMS**
- BEST BAI
- MOST PO

**SUPPLY DEPOT, INC**
118 MANTON AVE
PROVIDENCE, RHODE ISLAND 02909
UNITED STATES
Tel: (800) 331-3810

Thank you for shopping at SUPPLY DEPOT, INC. Don't forget to come back for more great deals and products. SUPPLY DEPOT, INC is here to help you buy better.
This is your receipt. Please print this page for your records.

**ORDER NO:** 29539
**Placed on** Wednesday, December 22, 2004

| | |
|---|---|
| **Customer ID** | 1301 |
| **Shipping Method** | UPS GROUND |
| **Payment Type** | MASTER CARD |

**Billing Address**
EILEEN BLASS
16055 VENTURA BLVD., #900
ENCINO,CA 91436
UNITED STATES
Tel: (818) 783-2502

**Shipping Address**
EILEEN BLASS
16055 VENTURA BLVD., #900
ENCINO,CA 91436
UNITED STATES
Tel: (818) 783-2502

| Line # | Product Code | Description | Qty | Measure | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | HEWQ1338A | HP LASERJET 4200 TONER-BLACK #38A - HP | 2 | EACH | 153.70 | 307.40 |
| 2 | HEWC8061X | LASER TONER-HP 4100 -HIGH YLDI (10K) | 2 | EACH | 123.80 | 247.60 |
| 3 | HEWC8727AN | HP DESKJET 3320,3325,3420,3425 BLACK #27 | 2 | EACH | 18.90 | 37.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | HEWC1823D | HP DESKJET INKJET TRICOLOR # C1823D | 2 | EACH | 30.80 | 61.60 |

- All currencies are in **"$"**

If you have any questions about your order,
please call us at: (800) 331-3810

Please print this page for your records.

**SUMMARY TOTAL**

| | |
|---|---|
| Cart Total | **654.40** |
| Shipping | **0.00** |
| Taxable | **-11.60** |
| Tax | **0.00** |
| Exempt | **654.40** |
| Total | **654.40** |

Thank you for placing an order with us. You can continue **Shopping** or **Logout.**

To see a printable version of this order Click here.

---

© SUPPLY DEPOT, INC, All rights Reserved.
118 Manton Avenue Providence RI 02909
Phone: (800) 331-3810
E-Mail : info@supplydepot.com