SUPPLY DEPOT ®

brother

MY CLUB Shopping Cart.
Login ID: 1451
Total Qty: 0
Total Amt: $ 0.00

VeriSign Secured VERIFY

Welcome to our new website ! We are constantly upgrading the site with new pictures and info for your shopping convenience. Please call us at 1-800-331-3810 if you cannot find the product you are looking for.

Storefront | View Cart | Logout | My Account | Help | Contact Us

**SUPPLY DEPOT, INC** **(800) 331-3810** **Friday, February 25, 2005**

Step 4
Shopping Cart — Shipping Address — Payment method — Final Order

Wish

**SERVICES**
- ORDER S
- RETRIEVI

**HOT ITEMS**
- BEST BAI
- MOST PO

SUPPLY DEPOT ®

**SUPPLY DEPOT, INC**
118 MANTON AVE
PROVIDENCE, RHODE ISLAND 02909
UNITED STATES
Tel: (800) 331-3810

Thank you for shopping at SUPPLY DEPOT, INC. Don't forget to come back for more great deals and products. SUPPLY DEPOT, INC is here to help you buy better.
This is your receipt. Please print this page for your records.

**ORDER NO:** 31203
**Placed on** Friday, February 25, 2005

**Customer ID** 1451

**Shipping Method** UPS 3 DAY SELECT

**Payment Type** AMERICAN EXPRESS

**Billing Address**
LESLIE SALA
11211 WAPLES MILL RD, STE 100
FAIRFAX,VA 22030
UNITED STATES
Tel: (888) 296-6641

**Shipping Address**
LESLIE SALA
11211 WAPLES MILL RD, STE 100
FAIRFAX,VA 22030
UNITED STATES
Tel: (888) 296-6641

| Line # | Product Code | Description | Qty | Measure | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | HEW51629A | HP DESKJET 600C, 660C INK BLACK #51629A | 1 | EACH | 27.80 | 27.80 |
| 2 | HEWC6578DN | HP DESKJET TRICOLOR INKJET #C6578DN | 1 | EACH | 31.80 | 31.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | HEWC8727AN | HP DESKJET 3320,3325,3420,3425 BLACK #27 | 1 | EACH | 18.90 | 18.90 |
| 4 | HEWC1823D | HP DESKJET INKJET TRICOLOR # C1823D | 1 | EACH | 30.80 | 30.80 |

- All currencies are in **"$"**

If you have any questions about your order,
please call us at: (800) 331-3810

Please print this page for your records.

**SUMMARY TOTAL**

| | |
|---|---|
| Cart Total | **109.30** |
| Shipping | **7.35** |
| Taxable | **0.00** |
| Tax | **0.00** |
| Exempt | **116.65** |
| Total | **116.65** |

Thank you for placing an order with us. You can continue **Shopping** or **Logout.**

To see a printable version of this order Click here.

---

© SUPPLY DEPOT, INC, All rights Reserved.
118 Manton Avenue Providence RI 02909
Phone: (800) 331-3810
E-Mail : info@supplydepot.com

SUPPLY DEPOT INC
118 MANTON AVENUE

PROVIDENCE
RI 02909
UNITED STATES
(401) 331-3810
(800) 331-3810

# Packing Slip

| SO-31203 | Feb 25,2005 |
|---|---|

| Customer | Contact | Ship To |
|---|---|---|
| LESLIE SALA<br>LESLIE SALA<br>11211 WAPLES MILL RD, STE 100<br>FAIRFAX VA 22030<br>UNITED STATES<br>Tel :(888) 296-6641 | | LESLIE SALA<br>LESLIE SALA<br>11211 WAPLES MILL RD, STE 100<br>FAIRFAX VA 22030<br>UNITED STATES<br>Tel :(888) 296-6641 |

| Account | Terms | Due Date | Account Rep | Schedule Date | |
|---|---|---|---|---|---|
| 1451 | CREDIT CARD | Feb 25, 2005 | Web | | |
| **Quotation** | **PO #** | **Reference** | **Ship VIA** | **Page** | **Printed** |
| SQ-31240 | | | UPS 3 DAY SELECT | 1 | 03/01/05 15:28 |

| L | Item | Description | Order | Ship | Price | M | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | HEW51629A | HP DESKJET 600C, 660C INK BLACK #51629A | 1 | 1 | XXXXXXXXX | EAC | XXXXXXXXX | XXXXXXXXXXX |
| 2 | HEWC6578DN | HP DESKJET TRICOLOR INKJET #C6578DN | 1 | 1 | XXXXXXXXX | EAC | XXXXXXXXX | XXXXXXXXXXX |
| 3 | HEWC8727AN | HP DESKJET 3320,3325,3420,3425 BLACK #27 | 1 | 1 | XXXXXXXXX | EA | XXXXXXXXX | XXXXXXXXXXX |
| 4 | HEWC1823D | HP DESKJET INKJET TRICOLOR # C1823D | 1 | 1 | XXXXXXXXX | EAC | XXXXXXXXX | XXXXXXXXXXX |

CALL SUPPLY DEPOT FOR ALL YOUR IMAGING SUPPLY NEEDS ..

COPY TONERS, INKJET SUPPLIES, LASER TONERS, RIBBONS, DATA CARTRIDGES, ETC. COPIER AND COMPUTER PAPER ALSO !

1 2

| | |
|---|---|
| Taxable | XXXXXXXXXXX |
| Tax | XXXXXXXXXXX |
| Exempt | XXXXXXXXXXX |
| Total | XXXXXXXXXXX |
| Frt | XXXXXXXXXXX |
| Paid | XXXXXXXXXXX |
| Balance | XXXXXXXXXXX |