SUPPLY DEPOT INC
118 MANTON AVENUE

PROVIDENCE
RI 02909
UNITED STATES
(401) 331-3810
(800) 331-3810

# SALES ORDER

SO-31518 Mar 10,2005

**Customer**

MISC CUSTOMER

**Contact**

**Ship To**

MISC CUSTOMER

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 57880 | NET 20 | Mar 30, 2005 | House | |

| Quotation | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SQ-31555 | | | LOCAL DELIVERY | 1 | 03/10/05 11:16 |

| L | Item | Description | Order | Ship | Price | M | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | HEWC1823D | HP DESKJET INKJET TRICOLOR # C1823D SINGLE CTDG ||| # C1823D | 1 | | 30.80 | EAC | | 30.80 |

Copy

Pd cash

CALL SUPPLY DEPOT FOR ALL YOUR IMAGING SUPPLY NEEDS ..

COPY TONERS, INKJET SUPPLIES, LASER TONERS, RIBBONS .
DATA CARTRIDGES, ETC. COPIER AND COMPUTER PAPER ALSO !

| | |
|---|---|
| Taxable | 30.80 |
| Tax | 2.16 |
| Exempt | 0.00 |
| Total | 32.96 |
| Frt | 0.00 |
| Paid | 0.00 |
| Balance | 32.96 |