SUPPLY DEPOT INC
118 MANTON AVENUE

PROVIDENCE
RI 02909
UNITED STATES
(401) 331-3810
(800) 331-3810

# SALES ORDER

| | |
|---|---|
| SO-33129 | May 05,2005 |

| Customer | Contact | Ship To |
|---|---|---|
| MISC CUSTOMER | | MISC CUSTOMER |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 57880 | NET 20 | May 25, 2005 | House | |

| Quotation | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SQ-33165 | | | LOCAL DELIVERY - | 1 | 05/05/05 15:30 |

| L | Item | Description | Order | Ship | Price | M | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | HEW51645A | HP DESKJET INKJET 850C BLACK #51645A | 2 | | 25.80 | EAC | | 51.60 |
| 2 | | GENUINE HP BRAND -BLACK #45A | | | | | | |
| 3 | HEWC6578DN | HP DESKJET TRICOLOR INKJET #C6578DN | 1 | | 31.80 | EAC | | 31.80 |
| 4 | | HEWLETT PACKARD #C6578DN | | | | | | |
| 5 | HEWC1823D | HP DESKJET INKJET TRICOLOR # C1823D | 1 | | 30.80 | EAC | | 30.80 |
| 6 | | SINGLE CTDG !!! # C1823D | | | | | | |
| 7 | | | | | | | | |

Pd Cash

CALL SUPPLY DEPOT FOR ALL YOUR IMAGING SUPPLY NEEDS ..

COPY TONERS, INKJET SUPPLIES, LASER TONERS, RIBBONS ,
DATA CARTRIDGES, ETC. COPIER AND COMPUTER PAPER ALSO !

| | |
|---|---|
| Taxable | 114.20 |
| Tax | 7.99 |
| Exempt | 0.00 |
| Total | 122.19 |
| Frt | 0.00 |
| Paid | 0.00 |
| Balance | 122.19 |