**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

Plaintiffs,

v.

SUPPLY DEPOT, INC., a corporation and PAUL ARBOR, an individual,

Defendants.

[redacted] 05 248 ML

Civil Action No.

---

**AFFIDAVIT OF LESLIE RAYNOR IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY AND PERMANENT INJUNCTION**

---

I, Leslie Raynor, declare as follows:

1. I am an investigator with M. Morgan Cherry & Associates, Ltd. ("MMCA"), a private investigative company headquartered in Fairfax, Virginia. I make this affidavit in support of Hewlett-Packard's Ex Parte Application For Temporary Restraining Order And For Preliminary and Permanent Injunction. Except as otherwise indicated in this affidavit, the facts stated herein are known to me of my own personal knowledge and if called upon to do so, I could and would testify thereto.

2. MMCA provides investigative assistance to Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively, "Hewlett-Packard") with respect to counterfeit goods that bear trademarks of Hewlett-Packard. In my capacity as an investigator with MMCA, I regularly assist Hewlett-Packard in tracking, locating, and identifying goods sold by third parties that bear counterfeit marks of Hewlett-Packard. In particular, through this work

and through training provided to me by Hewlett-Packard, I am familiar with the legitimate printer cartridges sold bearing Hewlett Packard's federally-registered trademarks (including HP, HP logo and HP INVENT) and I am familiar with the numerous respects in which such legitimate goods are different from, and can be distinguished from, goods not manufactured or licensed by Hewlett-Packard that bear counterfeit versions of Hewlett-Packard's trademarks.

3. I am informed and believe that during a North America Market Survey, AC Nielsen purchased twelve (12) printer cartridges from Supply Depot, Inc., located at 118 Manton Avenue, Providence, RI 02909. Four were purchased via phone/fax on December 22, 2004, and the other eight (8) were purchased via the internet from www.supplydepot.com. True and correct copies of documents reflecting the purchase of these cartridges are attached as Exhibit A.

4. MMCA received these products for analysis and I determined that two (2) C1823D cartridges, and one (1) C6578D cartridge were previously used cartridges in counterfeit boxes. True and correct copies of images of the counterfeit boxes are attached as Exhibit B.

5. An additional purchase was then conducted (51629A, C6578DN, C8727AN, and C1823D) via the internet by MMCA. True and correct copies of the documents reflecting this purchase are attached as Exhibit C.

6. These cartridges were delivered to MMCA on March 3, 2005. I analyzed these cartridges and determined that inkjet model C1823DL and inkjet model C6578DN were previously used cartridges in counterfeit boxes. True and correct copies of images of the counterfeit boxes are attached as Exhibit D.

7. On this same date, an MMCA associate was instructed to travel to the suspect location to obtain a description of building, interior of suspect location, type of stock available, and take photos.

8. I am informed and believe that on March 4, 2005, an MMCA associate drove to Supply Depot, went inside the building and conversed with a man who identified himself with a business card as Paul J. Arbor.

9. I am informed and believe that my associate traveled to the Supply Depot location on

three separate occasions. On the last visit, one HP 23 cartridge was purchased and then sent to MMCA. I inspected this cartridge and found it to be a previously used cartridge in a counterfeit box. True and correct copies of the documents reflecting this purchase and images of this cartridge are attached as Exhibit E.

10. I arranged for a further test purchase from Supply Depot in May 2005. This purchase included C6578DN, C1823D and 51645A cartridges. I examined these cartridges and determined them to be previously used cartridges in counterfeit boxes. A true and correct copy of the sales order reflecting this purchase and images of these cartridges is attached hereto as Exhibit F.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this affidavit was executed at 11211 Waples Mill Road, Fairfax, Virginia on June 07, 2005.

Leslie Raynor
LESLIE RAYNOR

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

SUBSCRIBED AND SWONT TO/AFFIRMED before me this day by the above-named party.

DATE: JUNE 8, 2005

NOTARY

MY COMMISSION EXPIRES: March 31, 2009