AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

HEWLETT-PACKARD COMPANY,
and HEWLETT-PACKARD
DEVELOPMENT COMPANY, L.P.

V.

WAREHOUSE DEPOT, INC. d/b/a
Supply Depot, Inc., SUPPLY DEPOT,
INC. and PAUL ARBOR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 248ML

TO: (Name and address of Defendant)

Paul Arbor
118 Manton Avenue, Unit 203
Providence, RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. Dolan III, Esq.
Brian J. Lamoureux, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

June 9, 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint* was made by me(1) | DATE 6/9/05 |
| NAME OF SERVER *(PRINT)* Joseph Clark | TITLE Constable Lic #6026 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 118 Manton Av, #203 Providence, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☑ Other (specify): Personally gave Paul Arbor

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/9/05
Date

[signature]
Signature of Server

24 Homefield Ave. Prov, RI 02908
Address of Server

*Plaintiff's Ex Parte Motion for Temporary Restraining Order and for Preliminary and Permanent Injunction, Memorandum of Law in Support of Ex Parte Motion, Affidavit of Leslie Rayor and Temporary Restraining Order

DISTRICT COURT
2005 JUN 14 A 11: 34
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.