**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br>Plaintiffs,<br><br>v.<br><br>SUPPLY DEPOT, INC., a corporation and PAUL ARBOR, an individual,<br>Defendants. | Civil Action No. 2005-248 ML |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. hereby move that Jeffrey E. Faucette be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which associate trial counsel specializes: trademark litigation ____________.
- Associate trial counsel's long-standing representation of the client: Hewlett-Packard Company and Hewlett-Packard Development Company, L.P.____________.
- The local trial bar lacks experience in the field of: ____________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ____________ counsel is familiar, specifically: ____________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ____________ counsel, as follows: ____________.
- It is a criminal case, and ____________ counsel is defendant's counsel of choice.
- Other: ____________.

**Hewlett-Packard Company and**
**Hewlett-Packard Development Company, L.P.**

By:____________

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
Attorney for Plaintiffs

DATED: June 14, 2005

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of South Carolina and California and the following Federal District Court and/or Court of Appeals Bar(s): United States District Court for the Northern and Central Districts of California and for the Northern District of Oklahoma, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation).

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation).

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorney appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of Local associate counsel.

Jeffrey E. Faucette
Howard, Rice, Nemerovski, Canady,
Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
(415) 434-1600
(415) 217-5910 Fax

William M. Dolan III, R.I. Bar #4524
Brian J. Lamoureux, R.I. Bar #6211
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

---

**ORDER:** This motion is hereby ______________________________.

______________________
U.S. District Judge
Date: ____________________