UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED JUN 16 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

Plaintiffs,

v.

WAREHOUSE DEPOT, INC. d/b/a Supply Depot, Inc., SUPPLY DEPOT, INC. and PAUL ARBOR,

Defendants.

Civil Action No. 05-248 ML

**STIPULATION**

The parties hereby stipulate and agree that the Temporary Restraining Order entered by the Court in this matter on June 9, 2005 shall remain in full force and effect until further order of the Court or until the conclusion of the hearing on Plaintiffs' Motion for Preliminary Injunction which is set to be heard on June 28, 2005, as the case may be.

June 15, 2005

**HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,**

By their Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile
**Of Counsel:**
Martin R. Glick, Jeffrey E. Faucette
Howard Rice Nemerovski Canady Falk & Rabkin

June 15, 2005

**WAREHOUSE DEPOT, INC. d/b/a Supply Depot, Inc., SUPPLY DEPOT, INC. and PAUL ARBOR,**

By their Representative,

Paul Arbor, *pro se*
118 Manton Avenue
Providence, RI 02909
401 331 3810
401 331 3146 Facsimile

# 50217169 v1 - LAMOURBJ - 009999/0001

Enter:
Mary M. Lisi
USDJ 6/16/05