UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 05-248ML** **DATE: June 28, 2005**

**TITLE: Hewlett-Packard Co., et al. v. Warehouse Depot, Inc., et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT: Brian [illegible] Lamoureux - for pltfs**
**Paul Arbor - pro se deft**

**Proceedings: <u>Pltfs' M/for Preliminary Injunction</u>**

**Mr. Lamoureux addresses the Court; Mr. Arbor responds. Corporate defendants are not represented by counsel.**

**Mr. Lamoureux will provide the Court with a stipulation as between the plaintiffs and Mr. Arbor on his behalf, entering the injunction.**

**Mr. Lamoureux will also provide a motion to enter an injunction against the corporate defendants because of their failure to respond within ten days. The motion will be considered by the Court as unopposed.**