**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br><br>Plaintiffs,<br><br>v.<br><br>WAREHOUSE DEPOT, INC. d/b/a Supply Depot, Inc., SUPPLY DEPOT, INC. and PAUL ARBOR,<br><br>Defendants. | Civil Action No. 05-248 ML |

**PLAINTIFFS' MOTION PURSUANT TO LOCAL RULE 12(a)(2) FOR ENTRY OF ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AS UNOPPOSED**

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, LP (together, "Hewlett-Packard"), by and through their undersigned attorneys, pursuant to Local Rule 12(a)(2), hereby respectfully request that the Court enter an order granting Plaintiffs' previously-filed Motion for a Preliminary Injunction as unopposed ("PI Motion"). In support hereof, Plaintiffs rely upon the PI Motion, the Memorandum of Law in support of the PI Motion,

Plaintiffs' Verified Complaint, Affidavit of Leslie Raynor, and the Memorandum of Law filed simultaneously herewith.

Dated: June 29 2005

Respectfully,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main St.
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

Of Counsel:
MARTIN R. GLICK
JEFFREY E. FAUCETTE
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

**CERTIFICATION**

I hereby certify that on the 29th day of June, 2005, I sent a copy of this document, via facsimile and first class mail, to:

WAREHOUSE DEPOT, INC. d/b/a
Supply Depot, Inc., SUPPLY DEPOT,
INC. and PAUL ARBOR,
118 Manton Avenue, Unit 203
Providence, RI 02909

Brian J. Lamoureux (#6211)

# 50217422 v1 - LAMOURBJ - 025262/0001

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br><br>Plaintiffs,<br><br>v.<br><br>WAREHOUSE DEPOT, INC. d/b/a Supply Depot, Inc., SUPPLY DEPOT, INC. and PAUL ARBOR,<br><br>Defendants. | Civil Action No. 05-248 ML |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION PURSUANT TO LOCAL RULE 12(a)(2) FOR ENTRY OF ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AS UNOPPOSED**

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, LP (together, "Hewlett-Packard"), by and through their undersigned attorneys, hereby submit this Memorandum of Law in support of their Motion for Pursuant To Local Rule 12(a)(2) For Entry of Order Granting Plaintiffs' Motion for a Preliminary Injunction As Unopposed.

**Overview**

This is a trademark infringement and counterfeiting case. Plaintiffs' five-count Verified Complaint alleges that the Defendants are engaged in the marketing, distribution, and sale of counterfeit Hewlett-Packard inkjet printer cartridges.[1] These cartridges being sold by Defendants bear counterfeit labeling with Hewlett-Packard's federally registered HP, HP logo,

[1] Defendant Paul Arbor is an individual. Plaintiffs believe that Defendants "Warehouse Depot, Inc." and "Supply Depot, Inc." are corporations (the "Corporate Defendants").

HP INVENT logo, and/or HP INVENT trademarks.

**Travel**

On June 9, 2005, Plaintiffs filed their Verified Complaint, Motion for an Ex Parte Temporary Restraining Order and Preliminary and Permanent Injunction, Memorandum of Law in support thereof, and Affidavit of Leslie Raynor. On that date, the Court granted Plaintiffs' Ex Parte Motion for a Temporary Restraining Order which, among other things, restrained the Defendants from continuing their wrongful activity. Plaintiffs served all of the foregoing pleadings and the Ex Parte Temporary Restraining Order entered by the Court on the Defendants via constable on the same date – June 9, 2005.[2]

As of June 28, 2005, none of the Defendants has retained counsel, and none of the Defendants has filed any objection or other response to Plaintiffs' Motion for a Preliminary Injunction as required by Local Rule 12(a)(2) (oppositions to the Motion were due by June 20, 2005). On June 28, 2005, Defendant Paul Arbor entered an appearance on his own behalf at the hearing on Plaintiffs' Motion for a Preliminary Injunction. Mr. Arbor stipulated to the entry of the preliminary injunction as to himself, individually, and the Court directed counsel for Plaintiffs to prepare and submit a signed stipulation to that effect.

The Court also directed Plaintiffs' counsel to apply to the Court for an order granting their request for Preliminary Injunction with respect to the Corporate Defendants on the grounds that the Corporate Defendants have not responded to Plaintiffs' request for a preliminary injunction and this request is therefore, deemed unopposed.

**Conclusion**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs'

---

[2] For the Court's convenience, copies of the completed summonses as to all Defendants are attached hereto as Exhibit A. Plaintiffs filed the returned summonses on June 14, 2005 (docket entries 6, 7 and 8).

Motion for a Preliminary Injunction with respect to the Corporate Defendants pursuant to Local Rule 12(a)(2) and order all such further relief as may be appropriate under the circumstances.

Dated: June 29 2005

Respectfully,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main St.
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

Of Counsel:
MARTIN R. GLICK
JEFFREY E. FAUCETTE
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

## CERTIFICATION

I hereby certify that on the 29th day of June, 2005, I sent a copy of this document, via facsimile and first class mail, to:

WAREHOUSE DEPOT, INC. d/b/a
Supply Depot, Inc., SUPPLY DEPOT,
INC. and PAUL ARBOR,
118 Manton Avenue, Unit 203
Providence, RI 02909

Brian J. Lamoureux (#6211)

# 50217423 v1 - LAMOURBJ - 025262/0001