UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

COPY

HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

Plaintiffs,

v.

WAREHOUSE DEPOT, INC. d/b/a Supply Depot, Inc., SUPPLY DEPOT, INC. and PAUL ARBOR,

Defendants.

Civil Action No. 05-248 ML

FILED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION PURSUANT TO LOCAL RULE 12(a)(2) FOR ENTRY OF ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AS UNOPPOSED**

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, LP (together, "Hewlett-Packard"), by and through their undersigned attorneys, pursuant to Local Rule 12(a)(2), hereby respectfully request that the Court enter an order granting Plaintiffs' previously-filed Motion for a Preliminary Injunction as unopposed ("PI Motion"). In support hereof, Plaintiffs rely upon the PI Motion, the Memorandum of Law in support of the PI Motion,

Granted. Mary M. Lisi USDJ 6/30/05

Plaintiffs' Verified Complaint, Affidavit of Leslie Raynor, and the Memorandum of Law filed simultaneously herewith.

Dated: June 29 2005

Respectfully,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main St.
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

Of Counsel:
MARTIN R. GLICK
JEFFREY E. FAUCETTE
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

**CERTIFICATION**

I hereby certify that on the 29th day of June, 2005, I sent a copy of this document, via facsimile and first class mail, to:

WAREHOUSE DEPOT, INC. d/b/a
Supply Depot, Inc., SUPPLY DEPOT,
INC. and PAUL ARBOR,
118 Manton Avenue, Unit 203
Providence, RI 02909

Brian J. Lamoureux (#6211)

# 50217422 v1 - LAMOURBJ - 025262/0001