**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**<br>**Plaintiff,**<br>**vs.**<br>**WAREHOUSE DEPOT, INC. d/b/a SUPPLY DEPOT, INC., SUPPLY DEPOT, INC. and PAUL ARBOR,**<br>**Defendant** | **Case No.: 05-248ML** |

**ENTRY OF APPEARANCE**

Harris K. Weiner, Esq. hereby enters his appearance as counsel for Defendants Warehouse Depot, Inc. d/b/a Supply Depot, Inc., Supply Depot, Inc. and Paul Arbor in the above-referenced action.

Respectfully submitted,
Defendants,
By and through their attorney,

Harris K. Weiner, Esq. (R.I. Bar # 3779)
Law Office of Jeffrey B. Pine, Esq. PC
The Heritage Building
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 – Facsimile

## CERTIFICATION

I, the undersigned, hereby certify that on this 6th day of July 2005, a true copy of the foregoing ***Entry of Appearance***, was forwarded, postage pre-paid to William M. Dolan, III Esq. and Brian Lamoureux, Brown Rudnick Berlack Israels 121 South Main Street, Providence, Rhode Island, 02903

Leslie Luciano

Leslie A. Luciano