**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**<br>**Plaintiff,**<br>**vs.**<br>**WAREHOUSE DEPOT, INC. d/b/a SUPPLY DEPOT, INC., SUPPLY DEPOT, INC. and PAUL ARBOR**<br>**Defendants** | **Case No.: 05-248ML** |

**ANSWER OF WAREHOUSE DEPOT, INC., d/b/a SUPPLY DEPOT, INC., and SUPPLY DEPOT, INC. TO THE VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES OF HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**

Now come Warehouse Depot, Inc. d/b/a Supply Depot, Inc. and Supply Depot Inc. ("Defendants") to answer the Verified Complaint for Injunctive Relief of damages of Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. as follows:

1. Defendants deny the allegations contained in paragraph 1 of the Verified Complaint.
2. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 2 of the Verified Complaint.
3. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 3 of the Verified Complaint.
4. Defendants are one entity incorporated as Warehouse Depot, Inc. d/b/a Supply Depot, Inc. organized and existing under the laws of the State of Rhode Island with a principal place of business at 118 Manton Ave, Providence, Rhode Island 02909.

5. Defendants admit the allegations contained in paragraph 5 of the Verified Complaint.
6. Defendants deny the allegations contained in paragraph 6 insofar as they allege that this action arises under the Trademark (Lanham) Act of 1946, as amended or that jurisdiction is predicated on 15 U.S.C. § 1121. Defendants have insufficient knowledge to admit or deny the remaining allegations in paragraph 6 of the Verified Complaint.
7. Defendants admit that Warehouse Depot, Inc. d/b/a Supply Depot, Inc. is located in Rhode Island and denies the remaining allegations contained in paragraph 7 of the Verified Complaint.
8. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 8 of the Verified Complaint.
9. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 9 of the Verified Complaint.
10. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 10 of the Verified Complaint.
11. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 11 of the Verified Complaint.
12. Defendants have insufficient knowledge to admit or deny the allegations contained in the first sentence of paragraph 12 of the Verified Complaint. Defendant denies the allegations contained in the second sentence of paragraph 12 of the Verified Complaint.
13. Defendants admit the allegations contained in the first sentence in paragraph 13 of the Verified Complaint. Defendants deny the allegations contained in the second sentence in paragraph 13.
14. Defendants admit the allegations contained in paragraph 14 of the Verified Complaint.

15. Defendants have insufficient knowledge to admit or deny the allegations contained in the first sentence of paragraph 15 of the Verified Complaint. Defendants deny the allegations contained in the second sentence in paragraph 15 of the Verified Complaint.

16. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 16 of the Verified Complaint.

17. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 17 of the Verified Complaint.

18. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 18 of the Verified Complaint.

19. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 19 of the Verified Complaint.

20. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 20 of the Verified Complaint.

21. Defendants deny the allegations contained in paragraph 21 of the Verified Complaint.

22. Defendants' responses to paragraphs 1-21 are incorporated herein by reference.

23. Defendants deny the allegations in paragraph 23 of the Verified Complaint.

24. Defendants deny the allegations contained in paragraph 24 of the Verified Complaint.

25. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 25 of the Verified Complaint.

26. Defendants deny the allegations contained in paragraph 26 of the Verified Complaint.

27. Defendants deny the allegations contained in paragraph 27 of the Verified Complaint.

28. Defendants deny the allegations contained in paragraph 28 of the Verified Complaint.

29. Defendants deny the allegations contained in paragraph 29 of the Verified Complaint.

30. Defendants deny the allegations contained in paragraph 30 of the Verified Complaint.

31. Defendants deny the allegations contained in paragraph 31 of the Verified Complaint.

32. Defendants deny the allegations contained in paragraph 32 of the Verified Complaint.

33. Defendants deny the allegations contained in paragraph 33 of the Verified Complaint.

34. Defendants deny the allegations contained in paragraph 34 of the Verified Complaint.

35. Defendants deny the allegations contained in paragraph 35 of the Verified Complaint.

36. Defendants' responses to paragraphs 1-35 are incorporated herein by reference.

37. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 37 of the Verified Complaint.

38. Defendants deny the allegations contained in paragraph 38 of the Verified Complaint.

39. Defendants deny the allegations contained in paragraph 39 of the Verified Complaint.

40. Defendants deny the allegations contained in paragraph 40 of the Verified Complaint.

41. Defendants deny the allegations contained in paragraph 41 of the Verified Complaint.

42. Defendants deny the allegations contained in paragraph 42 of the Verified Complaint.

43. Defendants' responses to paragraphs 1-41 are incorporated herein by reference.

44. Defendants deny the allegations contained in paragraph 44 of the Verified Complaint.

45. Defendants deny the allegations contained in paragraph 45 of the Verified Complaint.

46. Defendants deny the allegations contained in paragraph 46 of the Verified Complaint.

47. Defendants deny the allegations contained in paragraph 47 of the Verified Complaint.

48. Defendants deny the allegations contained in paragraph 48 of the Verified Complaint.

49. Defendants' responses to paragraphs 1-48 are incorporated herein by reference.

50. Defendants deny the allegations contained in paragraph 50 of the Verified Complaint.

51. Defendants have insufficient knowledge to admit or deny the allegations contained in paragraph 51 of the Verified Complaint.

52. Defendants deny the allegations contained in paragraph 52 of the Verified Complaint.

53. Defendants deny the allegations contained in paragraph 53 of the Verified Complaint.

54. Defendants deny the allegations contained in paragraph 54 of the Verified Complaint.

55. Defendants deny the allegations contained in paragraph 55 of the Verified Complaint.

56. Defendants deny the allegations contained in paragraph 56 of the Verified Complaint.

57. Defendants' responses to paragraphs 1-56 are incorporated herein by reference.

58. Defendants deny the allegations contained in paragraph 58 of the Verified Complaint.

59. Defendants deny the allegations contained in paragraph 59 of the Verified Complaint.

60. Defendants deny the allegations contained in paragraph 60 of the Verified Complaint.

WHEREFORE, Defendants Warehouse Depot, Inc., d/b/a Supply Depot, Inc. and Warehouse Supply Depot, Inc. hereby demand that the Plaintiffs' Verified Complaint be denied and dismissed and that Defendant Warehouse Depot, Inc. be awarded its costs in defending this action.

## **Demand for Jury Trial**

Defendants demand trial by jury of all matters so triable.

**First Affirmative Defense**

Plaintiffs' Verified Complaint fails to state a claim upon which relief can be granted.

**Second Affinitive Defense**

Plaintiffs' Verified Complaint fails for lack of Subject Matter Jurisdiction.

**Third Affirmative Defense**

Plaintiffs' Verified Complaint fails for lack of notice.

**Fourth Affirmative Defense**

Plaintiffs' Verified Complaint fails for lack of damages.

**Fifth Affinitive Defense**

Plaintiffs' Verified Complaint fails by reason of the Plaintiffs' contributing negligence.

**Sixth Affirmative Defense**

Plaintiffs' Verified Complaint fails because Plaintiffs' own acts and omissions prevented the Defendants from detecting counterfeit goods.

**Seventh Affirmative Defense**

Plaintiffs' Verified Complaint fails under the Doctrine of Estoppel.

**Eighth Affirmative Defense**

Plaintiffs' Verified Complaint fails because the injuries complained of were caused by third parties over whom Defendants have no control.

Respectfully submitted,
Defendants Warehouse Depot, Inc. d/b/a Supply Depot, Inc. and Supply Depot, Inc.,
By and through their attorney,

Harris K. Weiner, Esq. (R.I. Bar # 3779)
Law Office of Jeffrey B. Pine, Esq. PC
The Heritage Building
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 – Facsimile

**CERTIFICATION**

I, the undersigned, hereby certify that on this 12th day of July 2005, a true copy of the foregoing ***Entry of Appearance***, was forwarded, postage pre-paid to William M. Dolan, III Esq. and Brian Lamoureux, Esq., Brown Rudnick Berlack Israels, 121 South Main Street, Providence, Rhode Island, 02903

Leslie Luciano

Leslie A. Luciano