**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.** **Plaintiff,** **vs.** **WAREHOUSE DEPOT, INC. d/b/a SUPPLY DEPOT, INC., SUPPLY DEPOT, INC. and PAUL ARBOR** **Defendants** | **Case No.: 05-24** |

**STIPULATION**

The parties by their counsel hereby stipulate that all Defendants may have up to and including July 28, 2005 to answer or otherwise plead in response to Plaintiffs' Complaint.

Plaintiffs,
by their attorney,

Brian J. Lamoureux, Esq. (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

Defendants,
by their attorney,

Harris K. Weiner, Esq. (# 3779)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903

Enter:
Mary M. Lisi
USDJ 7/20/05