**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**<br>**Plaintiff,**<br>**vs.**<br>**WAREHOUSE DEPOT, INC. d/b/a SUPPLY DEPOT, INC., SUPPLY DEPOT, INC. and PAUL ARBOR**<br>**Defendant** | **Case No.: 05-248ML** |

# ANSWER OF DEFENDANT PAUL ARBOR

Now comes Paul Arbor ("Defendant") to answer the Verified Complaint for Injunctive Relief of damages of Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. as follows:

1. Defendant denies the allegations contained in paragraph 1 of the Verified Complaint.
2. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 2 of the Verified Complaint.
3. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 3 of the Verified Complaint.
4. Co-defendants are one entity incorporated as Warehouse Depot, Inc. d/b/a Supply Depot, Inc. organized and existing under the laws of the State of Rhode Island with a principal place of business at 118 Manton Ave, Providence, Rhode Island 02909.
5. Defendant admits the allegations contained in paragraph 5 of the Verified Complaint.
6. Defendant denies the allegations contained in paragraph 6 insofar as they allege that this action arises under the Trademark (Lanham) Act of 1946, as amended or that jurisdiction

is predicated on 15 U.S.C. § 1121. Defendant has insufficient knowledge to admit or deny the remaining allegations in paragraph 6 of the Verified Complaint.

7. Defendant admits that Warehouse Depot, Inc. d/b/a Supply Depot, Inc. is located in Rhode Island and denies the remaining allegations contained in paragraph 7 of the Verified Complaint.

8. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 8 of the Verified Complaint.

9. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 9 of the Verified Complaint.

10. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 10 of the Verified Complaint.

11. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 11 of the Verified Complaint.

12. Defendant has insufficient knowledge to admit or deny the allegations contained in the first sentence of paragraph 12 of the Verified Complaint. Defendant denies the allegations contained in the second sentence of paragraph 12 of the Verified Complaint.

13. Defendant admits the allegations contained in the first sentence in paragraph 13 of the Verified Complaint. Defendant denies the allegations contained in the second sentence in paragraph 13.

14. Defendant admits the allegations contained in paragraph 14 of the Verified Complaint.

15. Defendant has insufficient knowledge to admit or deny the allegations contained in the first sentence of paragraph 15 of the Verified Complaint. Defendant denies the allegations contained in the second sentence in paragraph 15 of the Verified Complaint.

16. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 16 of the Verified Complaint.
17. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 17 of the Verified Complaint.
18. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 18 of the Verified Complaint.
19. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 19 of the Verified Complaint.
20. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 20 of the Verified Complaint.
21. Defendant denies the allegations contained in paragraph 21 of the Verified Complaint.
22. Defendant's responses to paragraphs 1-21 are incorporated herein by reference.
23. Defendant denies the allegations in paragraph 23 of the Verified Complaint.
24. Defendant denies the allegations contained in paragraph 24 of the Verified Complaint.
25. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 25 of the Verified Complaint.
26. Defendant denies the allegations contained in paragraph 26 of the Verified Complaint.
27. Defendant denies the allegations contained in paragraph 27 of the Verified Complaint.
28. Defendant denies the allegations contained in paragraph 28 of the Verified Complaint.
29. Defendant denies the allegations contained in paragraph 29 of the Verified Complaint.
30. Defendant denies the allegations contained in paragraph 30 of the Verified Complaint.
31. Defendant denies the allegations contained in paragraph 31 of the Verified Complaint.
32. Defendant denies the allegations contained in paragraph 32 of the Verified Complaint.

33. Defendant denies the allegations contained in paragraph 33 of the Verified Complaint.
34. Defendant denies the allegations contained in paragraph 34 of the Verified Complaint.
35. Defendant denies the allegations contained in paragraph 35 of the Verified Complaint.
36. Defendant's responses to paragraphs 1-35 are incorporated herein by reference.
37. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 37 of the Verified Complaint.
38. Defendant denies the allegations contained in paragraph 38 of the Verified Complaint.
39. Defendant denies the allegations contained in paragraph 39 of the Verified Complaint.
40. Defendant denies the allegations contained in paragraph 40 of the Verified Complaint.
41. Defendant denies the allegations contained in paragraph 41 of the Verified Complaint.
42. Defendant denies the allegations contained in paragraph 42 of the Verified Complaint.
43. Defendant's responses to paragraphs 1-41 are incorporated herein by reference.
44. Defendant denies the allegations contained in paragraph 44 of the Verified Complaint.
45. Defendant denies the allegations contained in paragraph 45 of the Verified Complaint.
46. Defendant denies the allegations contained in paragraph 46 of the Verified Complaint.
47. Defendant denies the allegations contained in paragraph 47 of the Verified Complaint.
48. Defendant denies the allegations contained in paragraph 48 of the Verified Complaint.
49. Defendant's responses to paragraphs 1-48 are incorporated herein by reference.
50. Defendant denies the allegations contained in paragraph 50 of the Verified Complaint.
51. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 51 of the Verified Complaint.
52. Defendant denies the allegations contained in paragraph 52 of the Verified Complaint.
53. Defendant denies the allegations contained in paragraph 53 of the Verified Complaint.

54. Defendant denies the allegations contained in paragraph 54 of the Verified Complaint.

55. Defendant denies the allegations contained in paragraph 55 of the Verified Complaint.

56. Defendant denies the allegations contained in paragraph 56 of the Verified Complaint.

57. Defendant's responses to paragraphs 1-56 are incorporated herein by reference.

58. Defendant denies the allegations contained in paragraph 58 of the Verified Complaint.

59. Defendant denies the allegations contained in paragraph 59 of the Verified Complaint.

60. Defendant denies the allegations contained in paragraph 60 of the Verified Complaint.

WHEREFORE, Defendant Paul Arbor hereby demands that the Plaintiffs' Verified Complaint be denied and dismissed and that he be awarded his costs in defending this action.

**Demand for Jury Trial**

Defendant demands trial by jury of all matters so triable.

**First Affirmative Defense**

Plaintiffs' Verified Complaint fails to state a claim upon which relief can be granted.

**Second Affinitive Defense**

Plaintiffs' Verified Complaint fails for lack of Subject Matter Jurisdiction.

**Third Affirmative Defense**

Plaintiffs' Verified Complaint fails for lack of notice.

**Fourth Affirmative Defense**

Plaintiffs' Verified Complaint fails for lack of damages.

**Fifth Affinitive Defense**

Plaintiffs' Verified Complaint fails by reason of the Plaintiffs' contributory negligence.

**Sixth Affirmative Defense**

Plaintiffs' Verified Complaint fails because Plaintiffs' own acts and omissions prevented the Defendant from detecting counterfeit goods.

**Seventh Affirmative Defense**

Plaintiffs' Verified Complaint fails under the doctrine of Estoppel.

**Eighth Affirmative Defense**

Plaintiffs' Verified Complaint fails under the doctrine of Respondent Superior.

**Ninth Affirmative Defense**

Plaintiffs' Verified Complaint is barred under the Rhode Island Corporations Act.

**Tenth Affirmative Defense**

Plaintiffs' Verified Complaint is barred by the doctrine of Laches.

**Eleventh Affirmative Defense**

Plaintiffs' Verified Complaint is barred by the doctrine of Waiver.

**Twelfth Affirmative Defense**

Plaintiffs' Verified Complaint fails because the injuries complained of were caused by third parties over whom Defendant has no control.

Respectfully submitted,
Defendant Paul Arbor,
By and through his attorney,

Harris K. Weiner, Esq. (R.I. Bar # 3779)
Law Office of Jeffrey B. Pine, Esq. PC
The Heritage Building
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 – Facsimile

## CERTIFICATION

I, the undersigned, hereby certify that on this 27th day of July 2005, a true copy of the foregoing ***Answer***, was forwarded, postage pre-paid to William M. Dolan, III Esq. and Brian Lamoureux, Esq., Brown Rudnick Berlack Israels, 121 South Main Street, Providence, Rhode Island, 02903

~~Leslie A. Luciano~~ Harris K. Weiner