**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**<br>**Plaintiff,**<br>**vs.**<br>**WAREHOUSE DEPOT, INC. d/b/a SUPPLY DEPOT, INC., SUPPLY DEPOT, INC. and PAUL ARBOR**<br>**Defendants** | **Case No.: 05-248ML**<br>RECEIVED<br>JUL 28 2005<br>U.S. DISTRICT COURT<br>DISTRICT OF RHODE ISLAND |

**STIPULATION**

Plaintiffs and Defendant Paul Arbor hereby stipulate and agree, without any admission of liability or waiver of defenses by Defendant Paul Arbor, that the Preliminary Injunction in the form attached hereto as Exhibit A may be entered by the Court.

Plaintiffs,
by their attorney,

[signature]

Brian J. Lamoureux, Esq. (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401-276-2600
401-276-2601Facsimile
Of Cousel: Martin R. ~~---~~ Glick, Jeffrey E. Faucette,
Howard Rice ~~M~~emerovski Candy
Falk & Rabkin N n

Defendant Paul Arbor,
by his attorney,

[signature]

Harris K. Weiner, Esq. (# 3779)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401-351-8200
401-351-9032

Enter:
Mary M. Lisi
USDJ 8/1/05