**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br><br>Plaintiffs,<br><br>v.<br><br>WAREHOUSE DEPOT, INC. d/b/a Supply Depot, Inc., SUPPLY DEPOT, INC. and PAUL ARBOR,<br><br>Defendants. | ) | Civil Action No. 05-248 ML |

**PRELIMINARY INJUNCTION**

Upon the application of Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, LP (together, "Hewlett-Packard") for a Preliminary and Permanent Injunction, the Affidavit of counterfeit investigator Leslie Raynor, the accompanying Memorandum of Law, and the Verified Complaint filed in this action, and with the consent of Defendant Paul Arbor, it is hereby:

**ORDERED, ADJUDGED and DECREED:**

I.

Defendant Paul Arbor, his employees, agents, successors, assigns, attorneys, officers, d/b/a companies, subsidiaries, proprietorships, and all persons in active concert or participation with him are hereby preliminarily enjoined and restrained from:

a. Using HP (U.S. Registration No. 1840215); HP AND DESIGN (ROUNDED RECTANGLE) (U.S. Registration No. 1842724); and HP INVENT & DESIGN (U.S. Registration No.'s 2586062 and 2474422) (collectively herein referred to as the "HP Marks"), or any other trademark, service mark, tradename, or logo confusingly similar to the HP Marks, including any reproduction, counterfeit, copy or colorable imitation of the HP Marks, in connection with the advertising, manufacturing, offering for sale, distribution or sale of inkjet cartridges and/or any other goods as new or genuine that are not authorized by Hewlett-Packard.

b. Using the HP Marks, or any other trademark, service mark, tradename, or logo confusingly similar to the HP Marks, including any reproduction, counterfeit, copy or colorable imitation of the HP Marks, in any manner likely to cause others to believe that any of Defendants' non-genuine goods are made by, distributed by, associated or connected with Hewlett-Packard's goods or services.

c. Passing off, inducing or enabling others to sell or pass off any inkjet cartridges and/or other goods which are not authorized by Hewlett-Packard as new and genuine Hewlett-Packard goods; and committing any other acts calculated to cause actual or potential purchasers to believe that Hewlett-Packard is the source or sponsor of Defendants' goods.

d. Shipping, delivering, printing, ordering, importing, distributing, returning, transferring, destroying or otherwise moving or disposing of in any manner such inkjet cartridges and/or other goods, packaging or other material falsely bearing or intended to bear the HP Marks or any reproduction, counterfeit, copy or colorable imitation of the same.

e. Assisting, aiding or abetting any supplier, distributor or any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs a through e.

f. effecting assignments or transfers, forming new entities or associations or using any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in paragraphs a through f, above; and

g. destroying, concealing, secreting, or modifying any documents or electronic data related in any way to Defendants' purchase, sale or marketing of any items bearing or purporting to bear HP's marks.

SO ORDERED.

DATED: August 1, 2005

Mary M. Lisi
UNITED STATES DISTRICT JUDGE

# 50217419 v1 - LAMOURBJ - 025262/0001