**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

RECEIVED

OCT 24 2005

Property of U.S. District Court
District of Rhode Island

HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

Plaintiffs,

v.

WAREHOUSE DEPOT, INC. d/b/a Supply Depot, Inc., SUPPLY DEPOT, INC. and PAUL ARBOR,

Defendants.

Civil Action No. 05-248 ML

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively, "Hewlett-Packard"), and Defendants Warehouse Depot, Inc., Supply Depot, Inc. and Paul Arbor (collectively "Supply Depot") (collectively "Defendants"), having entered into a Settlement Agreement effective October 3, 2005, do each hereby stipulate to a Permanent Injunction and Final Judgment as follows:

**ORDERED, ADJUDGED and DECREED:**

I.

Defendants, their employees, agents, successors, assigns, attorneys, officers, d/b/a companies, subsidiaries, proprietorships, and all persons in active concert or participation with them are hereby preliminarily enjoined and restrained from:



21

a. Using HP (U.S. Registration No. 1840215); HP AND DESIGN (ROUNDED RECTANGLE) (U.S. Registration No. 1842724); and HP INVENT & DESIGN (U.S. Registration No.'s 2586062 and 2474422) (collectively herein referred to as the "HP Marks"), or any other trademark, service mark, tradename, or logo confusingly similar to the HP Marks, including any reproduction, counterfeit, copy or colorable imitation of the HP Marks, in connection with the advertising, manufacturing, offering for sale, distribution or sale of inkjet cartridges and/or any other goods as new or genuine that are not authorized by Hewlett-Packard.

b. Using the HP Marks, or any other trademark, service mark, tradename, or logo confusingly similar to the HP Marks, including any reproduction, counterfeit, copy or colorable imitation of the HP Marks, in any manner likely to cause others to believe that any of Defendants' non-genuine goods are made by, distributed by, associated or connected with Hewlett-Packard's goods or services.

c. Passing off, inducing or enabling others to sell or pass off any printer cartridges and/or other goods which are not authorized by Hewlett-Packard as new and genuine Hewlett-Packard goods; and committing any other acts likely or calculated to cause actual or potential purchasers to believe that Hewlett-Packard is the source or sponsor of Defendants' goods.

d. Shipping, delivering, printing, ordering, importing, distributing, returning, transferring, destroying or otherwise moving or disposing of in any manner such printer cartridges and/or other goods, packaging or other material falsely bearing or intended to bear the HP Marks or any reproduction, counterfeit, copy or colorable imitation of the same.

e. Assisting, aiding or abetting any supplier, distributor or any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs a through d.

f. Effecting assignments or transfers, forming new entities or associations or using any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in paragraphs a through e, above.

IT IS SO ORDERED.

DATED: October 25, 2005

UNITED STATES DISTRICT JUDGE

October 18th, 2005

**HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**

By their Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile
**Of Counsel:**
Martin R. Glick, Jeffrey E. Faucette
Howard Rice Nemerovski Canady Falk & Rabkin

October 19th, 2005

**WAREHOUSE DEPOT, INC. d/b/a Supply Depot, Inc., SUPPLY DEPOT, INC. and PAUL ARBOR**

By their Attorney,

Harris K. Weiner (#3779)
Law Office of Jeffrey B. Pine, Esq. PC
The Heritage Building
321 South Main Street, Suite 302
Providence, RI 02903
401 351-8200
401 351-9032 Facsimile

# 50219443 v1